**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Juan BARRERA, Defendant–Appellant.**

**No. 09–50138.**

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 11, 2010.

Patrick R. Fitzgerald, Assistant U.S. Attorney, Daniel Benjamin Levin, Assistant U.S. Attorney, Michael J. Raphael, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Karen Lee Landau, Esquire, Oakland, CA, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Jose Juan Barrera appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a reduction of his sentence. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Barrera contends that Amendment 706 to the United States Sentencing Guidelines, retroactively amending U.S.S.G. § 2D1.1 with respect to offenses involving crack cocaine, authorizes the district court to resentence him. The district court did not err by concluding that it lacked jurisdiction pursuant to section 3582(c)(2) to modify Barrera's sentence as his sentence was premised upon the career offender provision of U.S.S.G. § 4B1.1. Thus, Barrera's sentence is not based on a sentencing range that has subsequently been lowered by the Sentencing Commission, as required by section 3582(c)(2). *See United States v. Leniear,* 574 F.3d 668, 673 (9th Cir.2009); *see also United States v. Wesson,* 583 F.3d 728, 731 (9th Cir.2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.